**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7053

RICHARD EDWARD BRILLHART,

Plaintiff - Appellant,

versus

VINCENT RAGLAND; TIM AMICO; PATRICIA
STANSBERRY; JENNIFER JONES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:07-ct-03073-H)

Submitted:  January 24, 2008      Decided:  February 11, 2008

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard Edward Brillhart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Edward Brillhart appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Brillhart v. Ragland</u>, No. 5:07-ct-03073-H (E.D.N.C. July 9, 2007). We deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>